UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 10-60105-CIV-SEITZ/O'SULLIVAN

RICHARD GARZA,
    Plaintiff,

vs.

BROWARD COUNTY and
ROSE MARIE SEEKAMP,
individually,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Notice of Settlement (DE# 22, 4/29/10) filed by plaintiff Richard Garza. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Tuesday, May 4, 2010**, at **10:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall <u>promptly</u> notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **29th** day of April, 2010.

                                                                                            _____
                                                                                            JOHN J. O'SULLIVAN
                                                                                            UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record