UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60105-CIV-O'SULLIVAN
[CONSENT]

PHYLLIS PASTORE and others
similarly situated,
    Plaintiffs,

vs.

BROWARD COUNTY and
ROSE MARIE SEEKAMP,
individually,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the plaintiff's Notice of Settlement (DE# 49, 10/22/10). Having been advised that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, October 29, 2010, at 10:00 a.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami. Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees**. Request for continuance of this clause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall <u>promptly</u> notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **25th** day of October, 2010.

                                                            JOHN J. O'SULLIVAN
                                                         UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record